relied principally on U.S. Patent No. 6,557,037 to Provino ("Provino") and Takahiro Kiuchi & Shigekoto Kaihara, *C-HTTP—The Development of a Secure, Closed HTTP-based Network on the Internet* (Feb. 1996) ("Kiuchi"), respectively, for each proceeding. Apple also challenged claims of the '180 patent in two *inter partes* review proceedings, IPR2014-00481 ("the 481 proceeding") and IPR2014-00482 ("the 482 proceeding"), again relying principally on Provino and Kiuchi, respectively. VirnetX now appeals to this court.

After full review of the record and careful consideration, we find no error in the Patent Trial and Appeal Board's ("the Board") claim constructions or findings in the 403 and 481 proceedings. For the reasons given by the Board therein, we find the challenged claims unpatentable over Provino and the additional prior art cited. We do not, therefore, need to reach the merits of the Board's decisions in the 404 and 482 proceedings.

**AFFIRMED**

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, for claimant-appellant.

AGATHA KOPROWSKI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; JONATHAN KRISCH, BRIAN D. GRIFFIN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Prost, Chief Judge, Newman and Lourie, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Anthony C. MCKAY, Claimant-Appellant**

v.

**Robert A. MCDONALD, Secretary of Veterans Affairs, Respondent-Appellee**

**2016-1351**

United States Court of Appeals, Federal Circuit.

December 9, 2016

**INTELLECTUAL VENTURES I LLC, Appellant**

v.

**MOTOROLA MOBILITY LLC, Appellee**

**2016-1360**

United States Court of Appeals, Federal Circuit.

December 9, 2016